U.S. District Court Judge Thomas S. Zilly
U.S. Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELE BUTTS, )
        )
    Plaintiff, )  Case No. C11-1556-TSZ-MAT
        )
vs. )
        )  ORDER AMENDING THE
MICHAEL J. ASTRUE, )  BRIEFING SCHEDULING ORDER
Commissioner of the Social Security )
Administration, )
        )
    Defendant. )
_____)

    Based on plaintiff's Motion to Amend the Briefing Scheduling Order, the Declaration of Stephen A. Maddox, and that defendant's counsel has no opposition, it is hereby ORDERED that the Briefing Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including **February 21, 2012**, to file Plaintiff's Opening Brief;

- Defendant shall have up to and including **March 20, 2012**, to file a response to Plaintiff's Opening Brief;

ORDER AMENDING
BRIEFING SCHEDULE
[C11-1556-TSZ-MAT]
Page 1 of 2

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

- Plaintiff shall have up to and including **April 3, 2012**, to file Plaintiff's optional Reply Brief. Any request for oral argument must be made no later than 10 court days after the last briefing deadline.

DATED this 14th day of December, 2011.

　　　　　　　　　　　　　　　　　　　　
Mary Alice Theiler
United States Magistrate Judge

Presented by:

/s/ Stephen A. Maddox
STEPHEN A. MADDOX, WSBA #10682
Attorney for Plaintiff


Approved for entry,
Notice of presentation waived:

/s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephone authorization)*

ORDER AMENDING
BRIEFING SCHEDULE
[C11-1556-TSZ-MAT]
Page 2 of 2

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516