UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHELE BUTTS,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C11-1556-TSZ-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 19, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 3, 2012, to file an optional reply brief.

Page 1     ORDER - [C11-1556-TSZ-MAT]

1  **The parties should note that additional extensions will not be granted.**

2     DATED this <u>19th</u> day of March, 2012.

3

4                                                    _____
                                                     Mary Alice Theiler
5                                                    United States Magistrate Judge

6

7  Presented by:

8  s/ Daphne Banay
   DAPHNE BANAY
9  Special Assistant U.S. Attorney
   Office of the General Counsel
10 Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
11 Seattle, WA 98104-7075
   Telephone: (206) 615-2113
12 Fax: (206) 615-2531
   daphne.banay@ssa.gov
13