UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE D. BUTTS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C11-1556-TSZ<br><br>ORDER OF REMAND |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

(1)   The Court adopts the unopposed Report and Recommendation;

(2)   The Court REMANDS this matter for an award of benefits; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 13th day of June, 2012.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER OF REMAND
PAGE -1