UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELE D. BUTTS, )
) CASE NO. C11-1556-TSZ
    Plaintiff, )
)
v. )
) ORDER OF REMAND
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )
_____ )

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the unopposed Report and Recommendation;

(2) The Court REMANDS this matter for an award of benefits; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 13th day of June, 2012.

                                                THOMAS S. ZILLY
                                                United States District Judge

ORDER OF REMAND
PAGE -1